### TAGGART v. WATERS.

JUSTICES OF THE PEACE—INTEREST IN CASE.

A justice of the peace is not disqualified from trying an action of *assumpsit* because he had written defendant to the effect that he had the claim for collection, and had been instructed to inform him that suit would be brought if it was not paid. *Moon* v. *Stevens,* 53 Mich. 144, followed.

Error to Saginaw; Wilber, J. Submitted January 6, 1898. Decided January 25, 1898.

*Assumpsit* by Hiram H. Taggart and others against Charles H. Waters for goods sold and delivered. From a judgment for defendant, plaintiffs bring error. Reversed.

*John F. O'Keefe,* for appellants.

*Trask & Smith,* for appellee.

PER CURIAM. Plaintiffs brought suit in justice's court. Defendant appeared specially, and moved to quash the case, because the justice had written him that he had the claim for collection, and had been instructed to write him, and inform him that suit would be brought if it was not paid. Plaintiffs had judgment. Defendant took a special appeal to the circuit court, where it was sustained.

The court was in error. The case is ruled by *Moon* v. *Stevens*, 53 Mich. 144.

Reversed, and court below directed to proceed to trial upon the merits.